COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        Ex parte Oscar Minjare Sanchez, Jr.

Appellate case number:      01-18-00139-CR

Trial court case number:    1412036-A

Trial court:                176th District Court of Harris County

A majority of the justices of the En Banc Court voted to grant appellant's motion for rehearing en banc of this Court's Memorandum Opinion and Judgment.

Appellant's motion for rehearing en banc is **granted**, this Court's Memorandum Opinion is **withdrawn**, and the Judgment is **vacated**. The case will remain pending and will be resubmitted for en banc review and disposition at a later date. *See* TEX. R. APP. P. 49.7.

It is so ORDERED.

Judge's signature:     ___/s/ Evelyn V. Keyes_____
                       ☒ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Justices Keyes, Higley, and Lloyd voted to deny the motion for rehearing en banc.

Date: __June 13, 2019___